761 A.2d 1115

**JOHN PAPE FLOOR COVERING, INC. a Pennsylvania Corporation, Audrey M. Pape, and Stacey Pape Tully, Appellants,**

v.

**John A. PAPE, Jr., and Sandra S. Pape, husband and wife, Appellees.**

Nos. 3, 4 W.D. Appeal Docket 2000.

Supreme Court of Pennsylvania.

Oct. 27, 2000.

## ORDER

PER CURIAM:

AND NOW, this 27th day of October 2000, the Motion to Dismiss for Mootness is hereby granted.